**DISMISS and Opinion Filed July 10, 2024**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00709-CV

**JAEVON RICHARDSON, Appellant**

**V.**

**MELODY PARC, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-24-02815-C**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Carlyle
Opinion by Justice Partida-Kipness

Appellant has filed a motion to dismiss the appeal without prejudice. We grant the motion and dismiss the appeal without prejudice. *See* TEX. R. APP. P. 42.1(a)(1).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

240709F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JAEVON RICHARDSON, Appellant

No. 05-24-00709-CV      V.

MELODY PARC, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-24-02815-C.
Opinion delivered by Justice Partida-Kipness, Justices Pedersen, III and Carlyle participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal without prejudice.

Judgment entered July 10, 2024.